IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW B. ROBINSON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:10-CV-2496-M |
| | § | |
| CITY OF GARLAND, TEXAS, et. al, | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *City of Garland's Motion to Dismiss Plaintiff's Second Amended Complaint*, filed March 25, 2015 (doc. 101) is **DENIED,** and *Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint* of Officers, filed March 19, 2015 (doc. 99), is **GRANTED in part** and **DENIED in part**. The plaintiff's conspiracy claim against the individual defendants is **DISMISSED with prejudice** for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

**SIGNED** this 3\ day of December, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS