IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW B. ROBINSON,<br>    Plaintiff, | § <br> § <br> § | |
| vs. | § <br> § | Civil Action No. 3:10-CV-2496-M |
| CITY OF GARLAND, TEXAS, et. al,<br>    Defendants. | § <br> § | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions

to which objections have been made, I am of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Officers Ivy, Ross, Clement, Guthrie, Kirby, and Detective Godwin's Motion for Summary*

*Judgment*, filed May 29, 2015 (doc. 112) is **GRANTED in part** and **DENIED in part**. Plaintiff's

excessive force claim against Detective Craig Godwin and Officer Joshua Kirby is **DISMISSED**

**with prejudice** on grounds of qualified immunity. Additionally, Plaintiff's malicious prosecution

claim against Detective Craig Godwin and Officers Kevin Ross, John Guthrie, and Bryan Clement

is **DISMISSED with prejudice** on grounds of qualified immunity.

SIGNED this 30 day of March, 2016.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS