IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MATTHEW B. ROBINSON, § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 3:10-CV-2496-M |
| § | |
| CITY OF GARLAND, TEXAS, et. al, § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*City of Garland's Motion for Summary Judgment*, filed January 19, 2016 (doc. 153), is **GRANTED**.

**SIGNED** this 27th day of September, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE